FILED
2023 APR 6 PM 2:05
CLERK
U.S. DISTRICT COURT

Name: Oliver Missbach
Address: 1300 East Center Street, Provo, Utah, 84606
Telephone: 801-344-4200

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

RECEIVED CLERK
APR 03 2023
U.S. DISTRICT COURT

Oliver Missbach
(Full Name)
PLAINTIFF

vs.

Utah State hospital
Dr. Kevin Holmes

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO.____________
(Supplied by Clerk)

Case: 2:23−cv−00217
Assigned To : Nielson, Howard C., Jr
Assign. Date : 4/4/2023
Description: Missbach v. Utah State Hospital et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

a. [x] 42 U.S.C. §1983
b. [ ] 42 U.S.C. §1985
c. [ ] Other (Please Specify) ____________

2. NAME OF PLAINTIFF Oliver Missbach
IS A CITIZEN OF THE STATE OF Utah

PRESENT MAILING ADDRESS: 1300 East Center Street
Provo, Utah 84606

3. NAME OF FIRST DEFENDANT Utah State hospital
IS A CITIZEN OF Provo Utah
(City and State)

IS EMPLOYED AS Utah State hospital at ____________.
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [✓] NO [ ] If your answer is "YES" briefly explain.

The Utah state hospital was and is exercising custody since November 2019 and is still exercising custody to present.

4. NAME OF SECOND DEFENDANT Kevin Holmes
(If applicable)

IS A CITIZEN OF ____________
(City and State)

IS EMPLOYED AS a Doctor at Utah State hospital
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [✓] NO [ ] If your answer is "YES" briefly explain.

As a hospital employee, he was in charge of my medical care

5. NAME OF THIRD DEFENDANT ____________
(If applicable)

IS A CITIZEN OF ____________
(City and State)
IS EMPLOYED AS ____________ at ____________.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☐ NO ☐ If your answer is "YES" briefly explain.

______________________________________________

______________________________________________

______________________________________________

6. NAME OF FOURTH DEFENDANT ______________________
(If applicable)

IS A CITIZEN OF ______________________________
(city and State)

IS EMPLOYED AS ____________________ at ____________.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☐ NO ☐ If your answer is "YES" briefly explain.

______________________________________________

______________________________________________

______________________________________________

(Use additional sheets of paper if necessary.)

**B. NATURE OF CASE**

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

As a person in the custody of the utah state hospital I am entitled to recieve adequete medical care. This has been denied me.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: Necessary medication to treat my condition have been denied.

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

The doctor has knowingly and intentionally inflicted emotional and mental distress and suffering on my persons. He is aware of other beneficial medications and refuses to administer them.

b. (1) Count II: 

(2) Supporting Facts: 

c. (1) Count III:

(2) Supporting Facts: ____________________

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

I contintue to languish at the utah state hospital, suffer mental stress and emotional stress and significant, very significant mental suffering.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ☐ / NO ☐. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit:

Plaintiff(s): ____________________

Defendant(s): ____________________

b. Name of court and case or docket number: ____________________

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

d. Issues raised: ______

______

______

e. When did you file the lawsuit? ______
Date Month Year

f. When was it (will it be) decided? ______

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ☐ / NO ☐. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I have complained to the administration, to my case worker and patient advocate, and have written many complaint forms to the administration and nothing has been done.

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

to recieve the appropriate medications and dosages.

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at Provo, Utah (Location) on 3-16 (Date) 2023.

Signature